UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROLANDO C.

                Plaintiff,                    Civil Action No.:
                                                  1:15-cv-02349

    - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.                      **ORDER**

-----------------------------------------------------------X

The Court, having read the motion, supporting memorandum, and affirmation of CHARLES

E. BINDER, attorney for Plaintiff in the above entitled case, requesting an award of attorney's fees

in accordance with 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto,

**IT IS ORDERED** that attorney's fees be granted in the amount of $44,377.75, which

represents 25% of the past due benefits awarded to Plaintiff, and that such fees be paid to

CHARLES E. BINDER, petitioner.  Upon receipt of this sum, counsel for Plaintiff is directed to

remit $5,500.00, which represents Equal Access to Justice Act fees previously paid to counsel for

Plaintiff in connection with this case, directly to Plaintiff

SO ORDERED.

_____
Ona T. Wang    February 12, 2026
U.S.M.J.